IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

|  |  |
|---|---|
| THOMAS D. DOMONOSKE, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., a national banking association,<br><br>Defendant. | Civil Action No. 5:08-cv-00066 |

## STIPULATION AND REQUEST TO STAY ACTION PENDING MEDIATION

Pursuant to Judge Samuel Wilson's Order of November 25, 2008, referring nondispositive pretrial motions and issues to Magistrate Judge Michael F. Urbanski, plaintiff Thomas D. Domonoske and defendant Bank of America, N.A. ("Bank of America") (collectively, "the parties") respectfully submit the following Stipulation:

Whereas, the parties have now conducted discovery which has informed their positions and both believe that the time is appropriate to explore a possible resolution of this action;

Whereas, the parties believe, given the nature of this action, that the assistance of a mediator with significant experience in resolving consumer class actions will be instrumental, and have agreed to submit this case to a mediation before the Honorable Edward A. Infante (Ret.), a mediator for JAMS with a proven track record of resolving similar actions;

Whereas, April 29, 2009, is the first date available to the parties and Judge Infante to conduct the mediation in this matter, and they have agreed to proceed on that date; and

Whereas, absent their agreement to submit this matter to formal mediation and to stay the litigation in the interim, the parties otherwise would be required to devote their full attention to

pending discovery motions, other discovery issues, and the preparation of class certification motions.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel of record:

1. Pending the outcome of the mediation, the parties hereby request that the Court issue an order staying this action for all purposes, including all pending and scheduled motion practice, discovery, trial-setting, and other matters subject to the Court's initial case management orders;

2. The parties will work in good faith to resolve this action through mediation before Judge Infante on April 29, 2009; and

3. Following the mediation, the parties shall report to the Court by May 6, 2009, about the progress of their efforts to resolve this action and any issues relating to the ongoing stay of this action and related case management issues.

IT IS SO STIPULATED.

Dated: March 20, 2009

CUPP & CUPP, P.C.

By: /s/ Timothy E. Cupp
Timothy E. Cupp
Virginia Bar Number: 23017
CUPP & CUPP, P.C.
P.O. BOX 589
HARRISONBURG, VA 22801
Telephone: (540) 432-9988
Fax: (540) 432-9557
Email: cupplaw@comcast.net

Attorneys for Plaintiff
Thomas D. Domonoske

Dated: March 20, 2009                              MORRISON & FOERSTER LLP

                                                                  By: /s/ John A. Trocki III
                                                                         John A. Trocki III
                                                                         Virginia Bar Number: 38656
                                                                         MORRISON & FOERSTER LLP
                                                                         1650 Tysons Boulevard, Suite 400
                                                                         McLean, VA 21102
                                                                         Telephone: (703) 760-7112
                                                                         Fax: (703) 760-7777
                                                                         Email: jtrocki@mofo.com

Attorneys for Defendant
Bank of America, N.A.

2658555

## Certificate of Service

I hereby certify that on March 20, 2009, I served the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following:

Timothy E. Cupp, Esq.
Cupp & Cupp, P.C.
1951 Evelyn Byrd Avenue, Suite D
P.O. Box 589
Harrisonburg, Virginia   22803

Ian B. Lyngklip, Esq.
24500 Northwestern Highway, Ste. 206
Southfield, MI   48075


　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　Alexandria A. Amezcua
　　　　　　　　　　　　　　　　California Bar No. 247507
　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　MORRISON & FOERSTER LLP
　　　　　　　　　　　　　　　　425 Market Street
　　　　　　　　　　　　　　　　San Francisco, CA   94105
　　　　　　　　　　　　　　　　Telephone:  (415) 268-6557
　　　　　　　　　　　　　　　　Fax:  (415) 268-7522

sf-2660313