UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

THOMAS DOMONOSKE,
*Individually and on behalf
of others similarly situated*

      Plaintiff

v.                              Case No. 05:08-CV-00066
                                Hon. Samuel G. Wilson
                                Magistrate Judge: Michael F. Urbanski

BANK OF AMERICA, N.A.,

      Defendant

---

## PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

The plaintiff, Thomas D. Domonoske, on behalf of himself and all others similarly situated, by counsel, respectfully moves the court pursuant to Rule 23 of the Federal Rules of Civil Procedure, for entry of an order certifying that this case may proceed against the defendant Bank of America, N.A. as a class action. Specifically, the plaintiff seeks certification of the following alternative classes:

CLASS DEFINITION 1:

    a)    All natural persons who applied to Bank of America, N.A., after August 7, 2006;
    b)    For a loan product that was processed by the ACAPS system
    c)    That was to be secured by one to four units of residential property; and
    d)    Who were approved for that loan on or prior to the date of class certification.

CLASS DEFINITION 2:

    a)    All persons who applied to Bank of America, N.A., after August 7, 2006;
    b)    For a home equity line of credit loan (HELOC) product;
    c)    That was to be secured by one to four units of residential property; and
    d)    Who were approved for that loan on or prior to the date of class certification.

The grounds for the plaintiff's Motion are more fully described in the Memorandum In Support of Motion for Class Certification filed immediately after this Motion.

> Respectfully Submitted,
>
> THOMAS DOMONOSKE, Individually
> and on behalf of all others similarly situated
> By: /s/ Timothy E Cupp
> Timothy Earl Cupp
> Virginia State Bar No. 23017
> CUPP & CUPP, P.C.
> Attorney For Thomas Domonoske
> PO Box 589
> Harrisonburg, VA 22801
> PHONE: (540) 432-9988 FAX: (540) 432-9557
> cupplaw@comcast.net
>
> Ian B. Lyngklip P47173
> LYNGKLIP & ASSOCIATES
> CONSUMER LAW CENTER, PLC
> Attorney For Thomas Domonoske
> 24500 Northwestern Highway, Ste. 206
> Southfield, MI 48075
> (248) 208-8864
> ianlyngklip@att.net

Dated: May 29, 2009

2

## Certificate of Service

I hereby certify that on May 29, 2009, I electronically filed the foregoing paper with the Clerk of the Court and served this document on the following parties:

| Party | Manner Served |
|---|---|
| John Trocki<br>Morrison & Foerster LLP<br>Attorney For Bank of America, N.A.<br>1650 Tysons Blvd., Suite 300<br>McLean, VA  22102<br>PHONE: (703) 760-7720 FAX: | Electronically via the CM/ECF System<br>*and mailed* |
| Michael Agoglia<br>Morrison & Foerster LLP<br>Attorney For Bank of America, N.A.<br>425 Market Street<br>San Francisco, CA  94105-2482<br>PHONE: (415) 268-7000 FAX: (415) 268-7522 | Electronically via the CM/ECF System<br>*and mailed* |

By: _____
Timothy E. Cupp

3