CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
for Harrisonburg
MAR 26 2010
JOHN E. CORCORAN, CLERK
BY: /s/ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

| | |
|---|---|
| Thomas D. Domonoske, individually ) | Civil Action No. 5:08cv00066 |
| and on the behalf of all those similarly ) | |
| situated ) | |
| v. ) | **ORDER** |
| ) | |
| **Bank of America, N.A.** ) | by:  Samuel G. Wilson |
| a National Banking Assocation ) |       U. S. District Judge |

For good cause, and finding that there is a need for the transcript at this time, it shall be and hereby is

## ORDERED

the clerk shall arrange for the expedited transcription of the motion hearing held on March 23, 2010.  The hearing was reported by Darlene Joy Owings of Cavalier Reporting & Videography.

The Clerk is directed to mail certified copies of this Order to Brenda Dameron, Court Reporter Coordinator and all parties in care of the Clerk's office, P. O. Box 1234, Roanoke, VA 24006.

ENTER:    This 26th day of March, 2010

/s/ Honorable Samuel G. Wilson
U. S. District Judge