IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| THOMAS D. DOMONOSKE, individually and on behalf of all those similarly situated<br>  Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br>  Defendant. | Civil Action No. 5:08CV0066<br><br>**ORDER**<br><br>By: Samuel G. Wilson<br>United States District Judge |

In accordance with the accompanying memorandum opinion entered on this day, it is **ORDERED** and **ADJUDGED** that plaintiffs' motion to certify the class and for preliminary approval of the class settlement is **DENIED**.

ENTER: This 15th day of April, 2010.

_____
UNITED STATES DISTRICT JUDGE