IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Divisions

| | |
|---|---|
| THOMAS D. DOMONOSKE, individually and on behalf of all those similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>BANK OF AMERICA, N.A., a national banking association,<br><br>    Defendant. | Civil Action No. 5:08-cv-00066 |
| VICTOR RIVERA, individually and on behalf of all those similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>BANK OF AMERICA, N.A., a national banking association,<br><br>    Defendant. | Civil Action No. 5:09-cv-00080 |

**JOINT SUBMISSION REGARDING
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

  Plaintiffs Thomas D. Domonoske and Victor Rivera and defendant Bank of America, N.A. ("Bank of America") (collectively, "the Parties"), enter the following Joint Submission:

  WHEREAS, on April 15, 2010 (Docket Entries 100 and 101), the Court determined that it does not have the authority to enter the prospective relief contemplated in Section 7 of the Settlement Agreement (Docket Entry 68-2), and denied preliminary approval of the Settlement on that basis;

- 2 -

WHEREAS, Section 7 of the Settlement Agreement provides that Bank of America may withdraw from the Settlement Agreement in such an event; and

WHEREAS, Class Representatives and their counsel remain bound by the provision of Section 7 wherein they agreed to represent that the procedure detailed in the Declaration of Marty Smith regarding the provision of credit score disclosures would comply with 15 U.S.C. § 1681g(g) of the Fair Credit Reporting Act, and they hereby reaffirm that representation;

Bank of America hereby formally advises the Court that it has elected to proceed with the class settlement knowing that the Court will not enter an order as contemplated by Section 7 of the Settlement Agreement.

Furthermore, the Parties jointly agree that the Settlement Agreement is otherwise fully enforceable, and request that the Court proceed to consider the motion for preliminary approval with the understanding that prospective relief is no longer requested.

The parties are prepared to appear for further hearing on plaintiffs' motion for preliminary approval of the class settlement, should the Court believe it would be of assistance.

                Respectfully Submitted,

May 6, 2010          CUPP & CUPP, P.C.

                By:  /s/ Timothy E. Cupp_____
                  Timothy E. Cupp
                  Virginia Bar Number:  23017
                  CUPP & CUPP, P.C.
                  P.O. Box 589
                  Harrisonburg, VA  22801
                  Telephone:  (540) 432-9988
                  Fax:  (540) 432-9557
                  Email:  cupplaw@comcast.net

Leonard A. Bennett
Virginia Bar Number: 27523
CONSUMER LITIGATION
ASSOCIATES, P.C.
12515 Warwick Blvd., Suite 100
Newport News, VA 23606
Telephone: (757) 930-3660
Fax: (757) 930-3662
Email: lenbennett@clalegal.com

Matthew James Erausquin
Virginia State Bar No. 65434
CONSUMER LITIGATION
ASSOCIATES, P.C.
3615-H Chain Bridge Road
Fairfax, VA 22030
Telephone: (703) 273-6080
Fax: (888) 892-3512
Email: matt@clalegal.com

Ian B. Lyngklip P47173
CONSUMER LAW CENTER, PLC
24500 Northwestern Hwy, Ste. 206
Southfield, MI 48075

*Attorneys for Plaintiffs*
Thomas D. Domonoske & Victor Rivera

May 6, 2010                             MORRISON & FOERSTER LLP

By: /s/ Michael J. Agoglia
    Michael J. Agoglia
    MORRISON & FOERSTER LLP
    425 Market Street
    San Francisco, CA 94105
    Telephone: (415) 268-7000
    Fax: (415) 268-7522
    Email: MAgoglia@mofo.com

- 3 -

John A. Trocki III
Virginia Bar No.:  38656
MORRISON & FOERSTER LLP
1650 Tysons Boulevard, Suite 400
San Francisco, CA  94105
McLean, VA  21102
Telephone:  (703) 760-7112
Fax:  (703) 760-7777
Email:  JTrocki@mofo.com

R. Grant Decker
Virginia State Bar No. 20618
J. Douglas Cuthbertson
Virginia State Bar No. 41378
MILES & STOCKBRIDGE, P.C.
1751 Pinnacle Drive, Suite 500
McLean, VA  22102
Email:  gdecker@milesstockbridge.com
Email:  jcuthber@milesstockbridge.com

*Attorneys for Defendant*
Bank of America, N.A.

## Certificate of Service

I hereby certify that on May 6, 2010, I electronically filed the foregoing **JOINT SUBMISSION REGARDING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Timothy E. Cupp, Esq.
Cupp & Cupp, P.C.
1951 Evelyn Byrd Avenue, Suite D
P.O. Box 589
Harrisonburg, VA  22801

Matthew J. Erausquin, Esq.
Consumer Litigation Associates, P.C.
3615-H Chain Bridge Road
Fairfax, VA  22030

Ian B. Lyngklip, Esq.
24500 Northwestern Highway, Ste. 206
Southfield, MI  48075

Leonard A. Bennett, Esq.
Consumer Litigation Associates, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, VA  23606

          s/ Alexandria A. Amezcua
          Alexandria A. Amezcua
          California Bar No. 247507
          Attorney for Defendant
          MORRISON & FOERSTER LLP
          425 Market Street
          San Francisco, CA  94105
          Telephone:  (415) 268-7000
          Facsimile:  (415) 268-7522
          AAmezcua@mofo.com