IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| THOMAS D. DOMONOSKE, | ) | |
| individually and on behalf of all those | ) | |
| similarly situated | ) | Civil Action No. 5:08CV0066 |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | NOTICE |
| | ) | |
| | ) | |
| BANK OF AMERICA, N.A., | ) | By: Samuel G. Wilson |
|     Defendant. | ) | United States District Judge |

On June 17, 2010, the court ordered the parties to submit a proposed Order of Preliminary Class Certification for Settlement Purposes, as well as a revised settlement agreement reflecting the changes envisioned by the parties. Failure to comply with that order within fourteen (14) days of today may result in the dismissal of this case for lack of prosecution.

ENTER: This 27th day of August, 2010.

UNITED STATES DISTRICT JUDGE