**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division**

| | |
|---|---|
| THOMAS D. DOMONOSKE, individually and on behalf of all those similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>BANK OF AMERICA, N.A., a national banking association,<br><br>    Defendant. | Civil Action No. 5:08-cv-00066 |
| VICTOR RIVERA, individually and on behalf of all those similarly situated,<br><br>    Plaintiff,<br>  v.<br><br>BANK OF AMERICA, N.A., a national banking association,<br><br>    Defendant. | Civil Action No. 5:09-cv-00080 |

**NOTICE OF FILING PROPOSED ORDER OF PRELIMINARY
APPROVAL OF CLASS ACTION SETTLEMENT AND
AMENDED SETTLEMENT AGREEMENT**

Please take notice that Plaintiffs Thomas Domonoske and Victor Rivera, individually and on behalf of all those similarly situated, by counsel and pursuant to the Court's orders entered June 17, 2010 and August 27, 2010, hereby submit the parties' Amended Settlement Agreement, which contains their Proposed Preliminary Order (attached as Exhibit A to the Amended Settlement Agreement). The parties, through

counsel, will make themselves available to address any further issues with the Court, including without limitation the scheduling of dates for the Final Fairness Hearing and to comply with the requirements of Rule 23 of the Federal Rules of Civil Procedure.

September 9, 2010                               Respectfully Submitted,

                                               THOMAS D. DOMONOSKE and
                                               VICTOR RIVERA, on behalf of
                                               themselves and all others similarly
                                               situated

                                               By:    s/ Timothy E. Cupp
                                                      Timothy E. Cupp
                                                      Virginia Bar Number: 23017
                                                      Cupp & Cupp, P.C.
                                                      1951 Evelyn Byrd Avenue
                                                      Harrisonburg, Virginia 22801
                                                      (540)432-9988
                                                      cupplaw@comcast.net

                                                      Leonard A. Bennett
                                                      CONSUMER LITIGATION
                                                      ASSOCIATES, P.C.
                                                      12515 Warwick Blvd, Suite 100
                                                      Newport News, VA 23606
                                                      Telephone: (757) 930-3660
                                                      Facsimile: (757) 930-3662
                                                      Email:
                                                      lenbennett@clalegal.com

                                                      Matthew James Erausquin
                                                      Virginia State Bar No. 65434
                                                      CONSUMER LITIGATION
                                                      ASSOCIATES, P.C.
                                                      1800 Diagonal Road
                                                      Suite 600
                                                      Alexandria, VA  22314
                                                      Telephone: (703) 273-7770
                                                      Facsimile: (888) 892-3512
                                                      Email: matt@clalegal.com

        Ian B. Lyngklip, Esq.
CONSUMER LAW
CENTER, PLC 24500
Northwestern Hwy, Ste. 206
Southfield, MI 48075
Telephone: (248) 320-8010
Email: ianlyngklip@att.net

Attorneys for Plaintiffs

**Certificate of Service**

I hereby certify that on September 9, 2010, I filed the foregoing **Notice** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel for the defendant:

John A. Trocki III
MORRISON & FOERSTER LLP
1650 Tysons Boulevard, Suite 400
McLean, VA 21102

Michael J. Agoglia
Alexandria A. Amezcua
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105

R. Grant Decker
J. Douglas Cuthbertson
MILES & STOCKBRIDGE P.C.
1751 Pinnacle Drive, Suite 500
McLean, VA 22102

        By:__s/ Timothy E. Cupp