## Claim Form—*Domonoske v. Bank of America, N.A.* Settlement

You may submit one claim form for each transaction falling within the terms of the settlement. To find out how many transactions you had within the settlement period, please visit **www.CreditScoreSettlement.com**, and enter the pin number provided below or in the postcard previously mailed to you. To be eligible to receive benefits under the settlement, you must either complete and submit the claim online at **www.CreditScoreSettlement.com**, or complete, sign, and mail this form to:

*Domonoske* Settlement
Rust Consulting, Inc.
625 Marquette Avenue
Suite 880
Minneapolis, MN 55402

You must submit your claim online or mail your claim form on or before _____, 2010. Claim forms postmarked or submitted online after _____, 2010 will not be treated as valid claims.

Name: [preprinted name]          Claim Number: [preprinted unique ID]

If your name or address has changed from the information printed above, please make any corrections in the box to the right

By submitting this claim, you are certifying either that you are unaware of any fact that would render you ineligible to participate in the settlement or that you were interested in obtaining your credit score during the Bank of America transaction.

Signature:_____          Date:_____

2746113

**EXHIBIT C**