**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division**

| | |
|---|---|
| THOMAS D. DOMONOSKE, individually and on behalf of all those similarly situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>BANK OF AMERICA, N.A., a national banking association,<br><br>                    Defendant. | Civil Action No. 5:08-cv-00066 |
| VICTOR RIVERA, individually and on behalf of all those similarly situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>BANK OF AMERICA, N.A., a national banking association,<br><br>                    Defendant. | Civil Action No. 5:09-cv-00080 |

**NOTICE OF HEARING**

Please take notice that the Court will hold a case management hearing in these consolidated matters at the United States District Courthouse, 116 North Main Street, Harrisonburg, Virginia 22802, in the Third Floor Courtroom, beginning at 10:00 o'clock a.m. on October 13, 2010.

October 5, 2010                              Respectfully Submitted,


                                             THOMAS D. DOMONOSKE and
                                             VICTOR RIVERA, on behalf of
                                             themselves and all others similarly
                                             situated


                                             By:   s/ Timothy E. Cupp
                                                 Timothy E. Cupp
                                                 Virginia Bar Number: 23017
                                                 Cupp & Cupp, P.C.
                                                 1951 Evelyn Byrd Avenue
                                                 Harrisonburg, Virginia 22801
                                                 (540)432-9988
                                                 cupplaw@comcast.net

                                                 Leonard A. Bennett
                                                 CONSUMER LITIGATION
                                                 ASSOCIATES, P.C.
                                                 12515 Warwick Blvd, Suite
                                                 100
                                                 Newport News, VA 23606
                                                 Telephone: (757) 930-3660
                                                 Facsimile: (757) 930-3662
                                                 Email:
                                                 lenbennett@clalegal.com

                                                 Matthew James Erausquin
                                                 Virginia State Bar No. 65434
                                                 CONSUMER LITIGATION
                                                 ASSOCIATES, P.C.
                                                 1800 Diagonal Road
                                                 Suite 600
                                                 Alexandria, VA  22314
                                                 Telephone: (703) 273-7770
                                                 Facsimile: (888) 892-3512
                                                 Email: matt@clalegal.com

                                                 Ian B. Lyngklip, Esq.
                                                 CONSUMER LAW
                                                 CENTER, PLC 24500
                                                 Northwestern Hwy, Ste. 206
                                                 Southfield, MI  48075
                                                 Telephone:  (248) 320-8010
                                                 Email:  ianlyngklip@att.net

Attorneys for Plaintiffs

**Certificate of Service**

I hereby certify that on October 5, 2010, I filed the foregoing **Notice** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel for the defendant:

John A. Trocki III
MORRISON & FOERSTER LLP
1650 Tysons Boulevard, Suite 400
McLean, VA 21102

Michael J. Agoglia
Alexandria A. Amezcua
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105

R. Grant Decker
J. Douglas Cuthbertson
MILES & STOCKBRIDGE P.C.
1751 Pinnacle Drive, Suite 500
McLean, VA 22102

By:   s/ Timothy E. Cupp