CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
DEC 0 7 2010
JULIA C. DUDLEY, CLERK
BY: /s/ Taylor
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

| | |
|---|---|
| THOMAS D. DOMONOSKE, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., a national banking association,<br><br>Defendant. | Civil Action No. 5:08-cv-00066 |
| VICTOR RIVERA, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., a national banking association,<br><br>Defendant. | Civil Action No. 5:09-cv-00080 |

## ORDER

This matter came before the Court on the parties' Joint Supplemental Submission Regarding Class Notice and Claim Form ("Joint Supplemental Submission"), submitting to the Court the Class Notice and Claim Form as formatted and prepared by the Settlement Administrator of the Class Action Settlement, and upon consideration thereof, it is hereby

ORDERED, that the Revised Class Notice and Claim Form, in the form attached as Exhibit 1 to the Joint Supplemental Submission, is approved pursuant to the Preliminary Approval Order entered November 19, 2010 (Docket No. 109).

Dated: 12/7/10

HONORABLE SAMUEL G. WILSON
UNITED STATES DISTRICT JUDGE

2927489