CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

DEC 27 2010

JULIA C. DUDLEY, CLERK
BY: K. Bauserman
DEPUTY CLERK

December 21, 2010

To; Clerk of the Court
United States District Court
116 N. Main Street, Rm 314
Harrisonburg, Virginia 22802

From; Gamal Guirges
5018 Morgan Place
Rancho Cucamonga, CA 91737

5:08cv66

I Gamal Guirges object to this absurd lawsuit from Class Counsel; Ian B Lynglkip of Lyngklip & Associates; Domonoske Settlement.

Bank of America was very professional and gave me my credit scores within the legal timeframe when I applied for a Mortgage Loan, in "2008.

These are Lawyers who want to make money off of people and I resent that they will end up getting most of the money that will be awarded for this ridiculous lawsuit.

Sincerely,

Gamal Guirges
Inclosed; Copy of Claim form mailed to me.

Case 5:08-cv-00066-sgw -mfu   Document 112   Filed 12/27/10   Page 2 of 2

L. Luis(?)
2115 Morgan Pl
Ph 91737(?)

Clerk of the Court
United States District Court
116 N. Main Street, Room 314
Harrisonburg, Virginia 22802

INDUSTRY CA 917
22 DEC 2010 PM 5 T

22802$3832