December 23, 2010

CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

DEC 2 8 2010

JULIA C. DUDLEY, CLERK
BY: K. Bauserman
DEPUTY CLERK

Clerk of the Court
United States District Court
116 N. Main Street
Harrisonburg, Virginia 22802

RE:   Domonoske v. Bank of America, N.A.
      Case No 5:08CV00066

Your Honor:

We object to a settlement in any amount for the following reasons:

1. This settlement notice is the first time anyone has made us aware that our names were being used to sue Bank of America, NA.  How many other people have been denied the right to either consent of deny that Plaintiffs attorney use our names to further their interest?

2. We have not been damaged in any way. We were treated fairly and given a HELOC with B of A at NO CHARGE.  NO, means nothing, no expense of any kind. We still have this loan in its original amount, have been charge no fees, and at an interest rate of 2.49%.  How have we been damaged?  We haven't.

Please do not grant attorney fees greater than the total damages of the five most damaged members of this class.

Thank you,


Jerry and Linda Forell
11004 NE 65th Street
Kirkland, WA 98033

425-250-3277 days



We hereby confirm that on December 23, 2010 copies of this letter were mailed to Class Counsel and Defense Counsel.

_Jerry Forell_   and   _Linda Forell_

11004 NE 65th Street
Kirkland, WA 98033

SEATTLE WA 980
24 DEC 2010 PM 6 T

ATT: Domonoske v BofA

Clerk of the Court
US DIstrict Court
116 N. Main Street
Harrisonburg, Virginia 22802