CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

JAN 03 2011

JULIA C. DUDLEY, CLERK
BY: /s/
    DEPUTY CLERK

12/29/10

5:08CV66

I Patricia Smith Pringle object to the Settlement offered to Thomas D. Domonoske and Victor Rivera of 5,000 each. As a victim in this class action settlement should be entitled to just as much. Unless they are also victims, I can't see how they were victimized accept to gather names to start a claim for profit. Please consider my letter as my own personal reprensetation in this matter. My statement was mailed to both the class & Defense Counsel 12/29/10

Thank you

Patricia S Pringle

Lawsuit
Domonoske v. Bank of America, NA
Case # 5:08CV00066
Patricia Smith Pringle
104 Freestone St
Greenville SC 29605    (864) 558-5861
                       (864) 313-7256

PATRICIA S. PRINGLE
104 FREE STONE ST
GREENVILLE, SC 29605

Clerk of the Court
United States District Court
116 N. Main St.
room 314
Harrisonburg, Virginia 22802

