CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

JAN 03 2011

JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

12/28/10

To Whom It May Concern,
    RE: Demonoske v Bank of America N.A. CASE #
        5:08cv00066

I am writing this letter as per request about the on going law-suit " Domonoske Settlement ".
I find any and all reasons that bank Of America are trying to explain this case both wrong and just another way for Big Business to try and get over on "JOE public " yet once again . Please keep me in the loop and keep me abreast of what is going on as I will not settle and I want to remain in the law-suit.

                Sincerely

                [signature]

Peter Ortolano
21 Clifford ST
Carteret NJ
07008

# 11220810

732 352 0105



DW DANIELS NJ 070
29 DEC 2010 PM 8 L

Clerk of the Court
U.S. District Court
116 N Main ST
RM 314
Harrisburg, Virginia 22802

Ortolano
21 Clifford Street
Carteret, NJ 07008

Ortolano
21 Clifford Street
Carteret, NJ 07008