Jacqueline Sandberg
1702 S Koren Road
Spokane Valley, WA 99212
509-536-9275

CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

JAN 03 2011

JULIA C DUDLEY, CLERK
BY:
  DEPUTY CLERK

Clerk of the Court
United States District Court
116 N Main Street Room 314
Harrisonburg, Virginia 22802

CASE NUMBER: 5:08CV00066

Domonoske v Bank of America, N. A. Settlement

We in this country wonder why businesses have to charge so much and why fees are so high, it's nonsense like the attached I received in the mail – I read the enclosed and couldn't believe someone would sue because their credit report might have been a few days late – It looks like the ones gaining from this class action are really only the Class Counsels.

So if I read this correct, the fewer people that file claim, the more a person that does file gets and it is my responsibility to file claim to be excluded if I suffered no damage. Sounds to me like very simple process to go online and register to get anywhere from $14 to $100. How many people will do that instead of having to write a letter? How many are going to file simply because it has been made so much easier than having to have a reason or show proof that there was harm done and it's the same process if you want to "opt out"?

Shouldn't it be my responsibility to file if I should be "included"? Since when should I be thrown in the mix if it's not my complaint – we didn't have a problem but I have to "opt out"? If I don't agree, I have to notify the court in writing along with the attorney's. Something is really wrong with this picture.

It states in this notice that I must file a statement with the Court of the date I mailed my letter to Class and Defense Counsels. A copy of this letter is being mailed today, December 30, 2010 at the same time I'm mailing this to Ian Lyngklip, Leonard Bennett and Michael Agoglia.

God Help Us All If This Is What Justice Is About,

*Jacqueline Sandberg*