December 28, 2010

Clerk of the Court
United States District Court
116 N. Main Street
Room 314
Harrisonburg, Virginia 22802

CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

JAN 0 3 2011

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

RE: Domonoske v. Bank of America
Case No.: 5:08CV0066

5:08CV66

Dear Clerk of Court:

I am writing to express my disapproval and outrage of the settlement in the above-noted case. This is yet another frivolous lawsuit which is aiding in the destruction of our great country.

I obtained a mortgage home loan from Bank of America during the time frame involved in this case, and the Plaintiffs claim that I am entitled to compensation for what relates to the "timing of credit score disclosures." I beg to differ. Nobody or no business should be required to pay out that kind of money for something so minuscule.

Let me point out that the only ones attempting to unfairly hit the jackpot in this matter are the attorneys. I understand that they will receive up to approximately 24% of the cash recovered for the Class. That amount equates to a total of up to $2,388,000 in their pockets. This is absolutely ridiculous!

Apparently the Class members, depending on the number of Class members who submit claims for the $9,950,000 common fund, will receive in the neighborhood of $14.00 to $100 each. To get this money members must submit a claim, and if one wants to opt out from the settlement must mail an exclusion request. I believe that most will not bother to do either.

I am not 100 percent certain of the timing in which I received my credit disclosures from Bank of America, but what harm could the so-called 'timing' have possibly done to me in any case? Our government with our tax dollars chose to bail out many banks suffering from much bigger matters. Is it right that almost 10 million dollars go out of one of those banks and into the hands of these predators?

I strongly urge you to disapprove of this settlement.

Respectfully Submitted,

Donna Troyanowski
12699 Eagle Trace Blvd N
Coral Springs, Florida 33071
(954) 344-8630

cc:
Ian B. Lyngklip, Lyngklip & Assoc., Consumer Law Center, 24500 Northwestern Hwy., Suite 206, Southfield, Michigan 48075

Leonard A. Bennett, Esq., Consumer Litigation Assoc., P.C., 12515 Warwick Blvd., SUite 100, Newport News, Virginia 23606

Michael J. Agoglia, Morrison & Foerster LLP, 425 Market Street, San Francisco, CA 94105