3 January 2011

Clerk of the Court
United States District Court
116 N. Main Street
Room 314
Harrisonburg, Virginia 22802

CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

JAN 04 2011

JULIA C. DUDLEY, CLERK
BY: K. Bauserman
DEPUTY CLERK

re: Domonoske v Bank of America, N.A. Case No. 5:08CV00066

May it Please the Court,

I wish to state my objections to the settlement of this case as outlined in the Notice received along with claim and opt out forms.

With a projected settlement of about $2 for all class members, it is apparent to me that this is a "nuisance" suit, the cost my mailing this letter alone will exceed that amount, since counsel requires that I send them three additional copies of this letter. It is apparent that whatever harm may have occurred as a result of delays in establishing credit worthiness by Bank of America were not of sufficient import to warrant the remedies sought through this litigation.

I am a retired Dentist, licensed in the Commonwealth of Virginia and, although I have no connection to any of the litigants or to Bank of America (other than as a customer of their services), it is offensive to me to see such a travesty. I believe that this suit should be dismissed with prejudice. Barring that, perhaps the fees awarded could be more appropriately set as a percentage of the average settlement - say 24% of the average Class Member's payment. That, by my calculation would be between 48 cents and $24 (if 2% of Class Members submitted claims). I believe it would be fair to limit expenses to less than twice those fees.

The court would not be surprised to note that I could have expanded upon my objections in detail and at length, but I would not wish to waste the court's valuable time as I believe these litigants have done.

William A. Burston
7317 Walnut Knoll Drive
Springfield, VA 22153-2017
(703) 440-0646

Claim Form Submitted to : Domonoske Settlement, c/o Rust Consulting, Inc
    3 Jan 2011              PO Box 2251, Faribault, MN 55021-2437
Attachment: Statement of mailing copies of this letter to Class Councel and Defense Counsel

3 January 2011

Clerk of the Court
United States District Court
116 N. Main Street
Room 314
Harrisonburg, Virginia 22802

re: Domonoske v Bank of America, N.A. Case No. 5:08CV00066

May it Please the Court,

I hereby notify the Court that I have submitted duplicate copies of my objection to the settlement of the case referenced above.

On 3 January duplicate copies of the letter attached to this statement were mailed through the United States Postal Service to the following:

Class Counsel:

Ian B. Lyngklip
Lyngklip & Associateds
Consumer Law Center
24500 Northwestern Hwy
Suite 206
Southfield, Michigan 48075

Leonard A Bennett, Esq
Consumer Litigation Associates, PC
12515 Warwick Boulevard, Suite 100
Newport News, Virginia 23606

Defense Counsel

Michael J Agoglia
Morrison & Foerster LLP
425 Market Street
San Francisco, California 94105

William A. Burston
7317 Walnut Knoll Drive
Springfield, VA 22153-2017

William A. Burston
7317 Walnut Knoll Drive
Springfield, VA 22153-2017

22802+43032

Clerk of the Court
United States District Court
116 N. Main Street
Room 314
Harrisonburg, Virginia 22802