January 5, 2011

CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

JAN 18 2011

JULIA C. DUDLEY, CLERK
BY: K. Bausserman
DEPUTY CLERK

Clerk of the Court
United States District Court
116 N. Main Street
Room 314
Harrisonburg, Virginia 22802

Ref: Domomoske Tentative Settlement agreement        5:08CV00066

I have received notice of this class action Claim against Bank Of America, and although I am part of this class action, I strongly object to the amount that will be distributed to each claimant, which could be anywhere from the $100.00 to as low as $2.00 which I consider objectionable.

Based on the information provided, as I understand it, each violation has a penalty of $100.00 to $1,000.000 and if Bank of America lost the trial punitive damages would also enter in the equation.

From my point of view, a reasonable settlement and following the letter of the law, should be a minimum of **$100.00 per claimant NET** regardless of how many claims are actually filed, and legal fees and court costs to be paid separately.

I hope my objection is taken into consideration before the court makes a determination regarding the proposed settlement.

Sincerely,

Robert Osorio

10131 SW 145 Place
Miami, Florida 33186



Robert Osorio
14440 SW 108th St.
Miami, FL 33186-2939



Clerk of the Court
United States District Court
116 N. Main Street
Room 314
Harrisonburg, Virginia 22802