CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

JAN 20 2011

JULIA C. DUDLEY, CLERK
BY: K. Bauserman
    DEPUTY CLERK

January 14, 2011

Clerk of the Court
United States District Court
116N. Main Street
Room 314
Harrisburg, Virginia 22802

Attention Court Clerk,

I am writing to inform you that I mailed copies of my objection to the Domonoske **v. Bank of America. N.A., Case No 5:08CV00066** settlement on January 15, 2011 to both the Class and Defense Counsel.

Sincerely,

*[signature: Janet E. Hof]*

Janet E. Hofmann
2320 Mammatus Drive
Sparks, NV 89441
775-425-2452

January 14, 2011

Clerk of the Court
United States District Court
116N. Main Street
Room 314
Harrisburg, Virginia 22802

Dear Sir,

I am writing to object to the settlement in lawsuit, **Domonoske v. Bank of America. N.A., Case No 5:08CV00066.**

My name is Janet Elizabeth Hofmann, wife of Benjamin R. Hofmann. We have been named as potential claimants in the above mentioned lawsuit.

The reasons I object to the settlement are: it is a frivolous lawsuit, wastes tax payer dollars and hurts the consumers who do business with Bank of America. It appears that the only party who really benefits from this lawsuit is the law firm of Lyngklip & Associates. To be clear I will illustrate each point.

1. The lawsuit is frivolous: The claim that the credit score was not sent "as soon as reasonably practicable" is ridiculous. 4-5 days is a very reasonable time to process and send paperwork. Even if it took 30 days to receive the report it would be "reasonable" and would not adversely affect me in any way, statutory or punitive. The cash recovery described in this settlement ranges from $2-$100. Sorry, but that just doesn't change my world. It is certainly not worth going to court over.
2. Wastes tax payer dollars: Being that the cash recovery is so small (and really not even deserved) I can not believe that Lyngklip & Associates would have the audacity to bring this before the court. The court should be spending time on things that matter in our society, NOT how fast paperwork is mailed out! Not to mention that since B of A took federal bail out money—tax payers get hit twice, once for the cost of the courts time and once for the payment of the claim.
3. Settlement does not help consumers: Since this is a class action suit the payment of $9,950,000 is a substantial loss to the bank but not a substantial benefit to consumers who receive the payout. Furthermore, the cost of doing business with Bank of America will go up as they have to pay these ridiculous settlements—this further hurts consumers as we will all have to pay higher fees in the future.

4. <u>Lawsuit Benefits ONLY the Lawyers</u>: Really, the only people who are benefited by this lawsuit and settlement are the Lawyers with their whopping 24% payment.

May I suggest that the court kick this case to the curb and charge the Law Firm for all costs incurred by the court thus far. America's great justice system does not need to be mired in frivolous lawsuits that hurt consumers while benefitting the very lawyers that instigate them.

Thank you for your service. God bless you.

Sincerely,

*[signature]*

Janet E. Hofmann
2320 Mammatus Drive
Sparks, NV 89441
775-425-2452



**Ben & Janet Hofmann**
2320 Mammatus Dr.
Sparks, NV 89441



Clerk of the Court
United States District Court
116 N. Main Street
Room 314
Harrisburg, Virginia 22802