William J. Dobbin Jr.
8406 Nightingale Drive
Lanham, MD 20706
(301-552-2160
boomdobbin@verizon.net

January 11, 2011

Clerk of the Court
United States District Court
116 N. Main Street, Room 314
Harrisonburg, Virginia 22802

CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

FEB 0 2 2011

JULIA C. DUDLEY, CLERK
BY: K. Bauserman
DEPUTY CLERK

Reference:   Domonoske v. Bank of America, N.A. Case No. 5:08CV00066

Dear Clerk of the Court,

    I'm writing this letter to officially enter my objection to the proposed settlement involving my mortgage with the Bank of America. Specifically I wish the settlement to address the possible loss of the lower interest rate that I had originally requested on my application which tried to secure the rate of 4.3% on my mortgage, not the 4.5% that was granted to me after several delays in processing the loan. At the time I was told that the delay was due to volume of mortgages, holidays, and employee absences. I was not in the position to argue nor did I doubt the reasons presented to me at that time. However with the advent of this suit, I believe I was faulted in the administration of the loan and due some consideration or examination of the process that was executed on the processing of my loan. My original loan was with Bank of America and I was simply lowering the rate of my fifteen (15) year loan. The delays continued for several months and I thought it was a ploy to gain several more payments at the higher rate before approving the loan. The several dollars that will be offered in this settlement does not adequately address the financial loss to me or the future losses that I will sustain if there is in fact, mistakes in the issuance of the percentages on my loan. I propose as an alternative settlement that the original 4.3% be installed on my loan as originally submitted and the adjustment on the new rate be subtracted from my principle. This I feel would be a more reasonable and prudent settlement to individuals such as myself.

Respectfully,

*[signature]*

William J. Dobbin
8406 Nightingale Drive
Lanham, MD. 20706-3929

(301) 552-2160

William J. Dobbin Jr.
8406 Nightingale Drive
Lanham, MD 20706
(301-552-2160
boomdobbin@verizon.net

January 11, 2011

Clerk of the Court
United States District Court
116 N. Main Street, Room 314
Harrisonburg, Virginia 22802


Reference:   Domonoske v. Bank of America, N.A. Case No. 5:08CV00066


Dear Clerk of the Court,
    I'm writing this letter to officially advise you as per the notice sent tome that I have sent notices on January 28th, 2011 to the following of my intent to object to the proposed settlement of the case Domonoske v. Bank of America. Please refer to the attached letter stating my intent.

**Clerk of the Court**
    United States District Court
    116 N. Main Street, Room 314
    Harrisonburg, Virginia 22802

**Class Council**:   Ian B. Lyngklip,
    Lyngklip & Associates
    Consumer Law Center
    24500 Northwestern Hwy., Suit 206
    Southfield, Michigan 48075

**Class Council**:   Leonard A. Bennett. Esq.
    Consumer Litigation Associates, P.C.
    12515 Warwick Boulevard, Suite 100
    Newport News, Virginia  23606

**Defense Council**:   Michael J. Agoglia
    Morrison & Foerster LLP
    425 Market Street
    San Francisco, California  94105

Respectfully,

William J. Dobbin
8406 Nightingale Drive
Lanham, MD. 20706-3929
(301) 552-2160



William & Linda Dobbin
8406 Nightingale Drive
Lanham, MD 20706

Clerk of the Court
United States District Court
116 N. Main Street, Room 314
Harrisonburg, Virginia 22802