UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

**THOMAS DOMONOSKE,**
Individually and on behalf others similarly situated,

    Plaintiff,

 v.

                                            Case No. 05:08-CV-00066
                                            Hon. Samuel G. Wilson

**BANK OF AMERICA, N.A.,**

    Defendant.

---

**VICTOR RIVERA,**
Individually and on behalf others similarly situated,

v.

                                            Case No. 05:09-CV-00080
                                            Hon. Samuel G. Wilson

**BANK OF AMERICA, N.A.,**

    Defendant.

**PLAINTIFFS' MOTION FOR AWARD OF
ATTORNEYS' FEES, COSTS AND INCENTIVE AWARDS**

    COME NOW the Plaintiffs, by counsel, and in pursuant to Fed. R. Civ. P. 23 and 54, the move the Court for an award of attorneys fees, costs and incentive awards as more fully stated in their accompanying Memorandum.

Respectfully Submitted

THOMAS DOMONOSKE
By:  Counsel

s/ Leonard A. Bennett
Leonard A. Bennett (VSB # 37523)
Consumer Litigation Associates, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, Virginia 23606
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
lenbennett@cox.net

s/ by consent Ian B. Lyngklip
Ian B. Lyngklip P47173
Attorney For Thomas Domonoske
24500 Northwestern Highway, Ste. 206
Southfield, Ian B. Lyngklip 48075
Telephone: (248) 208-8864
Facsimile: (248)208-9073
IanLyngklip@Att.Net

s/ by consent Timothy Earl Cupp
Timothy Earl Cupp (VSB #23017)
Cupp & Cupp, P.C.
Attorney For Thomas Domonoske
PO Box 589
Harrisonburg, VA 22801
Telephone: (540) 432-9988
Facsimile: (540) 432-9557
cupplaw@comcast.net

s/ by consent, Matthew J. Erausquin
Matthew J. Erausquin (VSB # 65434)
Consumer Litigation Associates, P.C.
1800 Diagonal Road, Suite 600
Alexandria, Virginia  22314
Telephone: (703) 273-7770
Facsimile: (888) 892-3512
matt@clalegal.com

**Certificate of Service**

I hereby certify that on February 3, 2011, I electronically filed the foregoing Motion with the Clerk of the Court and served this document on the following parties:

| Party | Manner Served |
|---|---|
| John Trocki<br>Morrison & Foerster LLP<br>Attorney For Bank of America, N.A.<br>1650 Tysons Blvd., Suite 300<br>Maclean, VA  22102<br>Phone:  703-760-7720<br>Email: jtrocki@mofo.com | Electronically via the CM/ECF System |
| Michael Agoglia<br>Morrison & Foerster LLP<br>Attorney For Bank of America, N.A.<br>425 Market Street<br>San Francisco, CA  94105-2482<br>Phone:  425-268-7000<br>Email: magoglia@mofo.com | Electronically via the CM/ECF System |

Respectfully Submitted,

 s/ Leonard A. Bennett
Leonard A. Bennett (VSB # 37523)
Consumer Litigation Associates, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, Virginia 23606
Telephone:     (757) 930-3660
Facsimile:     (757) 930-3662
lenbennett@cox.net

Dated:  February 3, 2011