**CLASS COUNSEL:**
CONSUMER LITIGATION ASSOCIATES, P.C.
CONSUMER LAW CENTER, PLC
CUPP & CUPP, P.C.

*Domonoske, et als. v.*
*Bank of America*
*TIME REPORT*

**Timekeeper**  **Description:** (A) Attorney  (P) Paralegal

| Task | Leonard Bennett (A) | Matthew Erausquin (A) | Ian Lyngklip (A) | Timothy Cupp (A) | Jenifer Cupp (A) | Susie Rotkis (A) | Gary M. Victor (A) | Craig Shapiro (A) | Julie Petrik (A) |
|---|---|---|---|---|---|---|---|---|---|
| Case Assessment | 1.40 | 8.00 | 1.70 | 3.70 | | | | | |
| Contact with Named Plaintiffs | 43.70 | 27.00 | 105.16 | 44.40 | | | | | |
| Preparation of Complaint | 2.40 | 4.60 | 5.30 | 11.00 | | | | | |
| General Motions Practice | 34.30 | 23.50 | 5.00 | 10.10 | | | | | |
| Class Certification | 21.10 | 2.50 | 32.70 | 65.40 | | | | | 1.30 |
| Document Discovery | 17.20 | 24.30 | 34.40 | 53.70 | | | | | |
| Deposition Discovery | 5.70 | 8.00 | 34.50 | 49.80 | | | | | |
| Discovery Motions and Protective Orders | 6.50 | 5.30 | 57.90 | 30.40 | | | | 3.70 | |
| Plaintiffs' Counsel Communications - Strategy and Planning | 84.40 | 76.20 | 220.50 | 96.50 | | | | | |
| Mediation Preparation and Attendance | 31.60 | 24.00 | 87.50 | 101.50 | | | | | |
| Preliminary Approval Motion & Response to Court's Inquiries | 92.30 | 55.00 | 179.06 | 130.10 | | | 7.50 | | |
| Settlement Negotiations | 82.30 | 33.60 | 79.39 | 46.30 | | | | | |
| Class Notice Issues | 18.00 | 13.00 | 0.00 | 9.40 | | | | | |
| Legal Research | 18.20 | 25.80 | 4.60 | 32.30 | | | | | |
| Court Appearances | 17.20 | 12.30 | 35.60 | 3.50 | 2.50 | | | | |
| Response to Class Member phone calls, emails, and letters | 28.70 | 12.90 | 28.00 | 5.10 | | | | | |
| Review of Objections, Legal Research & Follow up | 7.50 | 8.20 | | 9.30 | | 6.50 | | | |
| Final Approval Motions | 19.80 | 11.40 | | 15.70 | | 13.00 | | | |
| Total Hours | 532.30 | 375.60 | 911.31 | 718.20 | 2.50 | 19.50 | 7.50 | 3.70 | 1.30 |
| Hourly Rate | 450.00 | 350.00 | 375.00 | 375.00 | 250.00 | 300.00 | 375.00 | 250.00 | 300.00 |
| Individual Total Lodestar | $ 239,535.00 | $ 131,460.00 | $ 341,741.25 | $ 269,325.00 | $ 625.00 | $ 5,850.00 | $ 2,812.50 | $ 925.00 | $ 390.00 |
| Consumer Litigation Associates, P.C. Total Lodestar | $ 376,845.00 | | | | | | | | |
| Lyngklip & Associates Total Lodestar | $ 345,868.75 | | | | | | | | |
| Cupp & Cupp, P.C. Total Lodestar | $ 269,950.00 | | | | | | | | |
| Class Counsel Total Lodestar | $ 992,663.75 | | | | | | | | |