IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

| | |
|---|---|
| THOMAS D. DOMONOSKE, individually and on behalf of all those similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>BANK OF AMERICA, N.A., a national banking association,<br><br>    Defendant. | Civil Action No.  5:08-cv-00066 |
| VICTOR RIVERA, individually and on behalf of all those similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>BANK OF AMERICA, N.A., a national banking association,<br><br>    Defendant. | Civil Action No.  5:09-cv-00080 |

**BANK OF AMERICA, N.A'S JOINDER IN MOTION FOR
FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

In accordance with the Order (Docket Entry 109) entered by the Court preliminarily approving the class settlement in these consolidated actions,[1] and in advance of the Final Fairness Hearing set for March 31, 2011, Bank of America, N.A. ("Bank of America") hereby submits the following in support of final approval of class action settlement.

---

[1] By order dated October 7, 2009, the Court consolidated the action styled *Domonoske v. Bank of America, N.A.*, Civil Action No. 5:09-cv-00066 (the "*Domonoske* action"), with the similar action styled *Victor Rivera v. Bank of America, N.A.*, Civil Action No. 5:09-cv-00080 (the "*Rivera* action") for purposes of settlement (together, the "Actions").  The settlement which is the subject of the pending motion for final approval would, by its terms, resolve both Actions.

Bank of America presented the relevant background and analysis of the issues before the Court in its Joinder to Plaintiffs' Motion for Preliminary Approval of Class Action Settlement (Docket Entry 75).  Those issues have not changed since, and so the Bank will not repeat them here.  In sum, the settlement was the product of rigorous, lengthy, and arm's-length negotiations.  Especially in light of the significant risks the class faced in pursuing these actions, and the lack of actual injury suffered as a result of the alleged regulatory violation here,[2] the settlement provides a very significant recovery for class members.  Indeed, a substantial majority of the objections filed to the settlement similarly point to the lack of actual injury and the nature of the conduct challenged – the timing of a credit score disclosure.  These objections assert not that the settlement is insufficiently generous, but that no settlement is warranted under these circumstances.  On this record, there is no credible basis to conclude that the settlement presented is not fair, reasonable or adequate from the standpoint of class members.

The class notice and administration provisions are at the "platinum standard," and go well beyond meeting the due process requirements here.  To progress the settlement to this juncture, Bank of America has agreed to pay the very substantial costs associated with that administration to date.  For all these reasons, Bank of America submits that the settlement is fair, reasonable, and adequate, and that it should be finally approved by the Court.

February 3, 2011                                  Respectfully Submitted,

                                          By:  /s/ R. Grant Decker_____
                                              R. Grant Decker
                                              Virginia State Bar No. 20618
                                              J. Douglas Cuthbertson
                                              Virginia State Bar No. 41378
                                              MILES & STOCKBRIDGE, P.C.
                                              1751 Pinnacle Drive, Suite 500
                                              McLean, VA  22102

---

[2] 15 U.S.C. § 1681g(g).

        Email:  gdecker@milesstockbridge.com
        Email:  jcuthber@milesstockbridge.com

        John A. Trocki III
        Virginia Bar No.: 38656
        MORRISON & FOERSTER LLP
        1650 Tysons Boulevard, Suite 400
        McLean, VA  21102
        Telephone:  (703) 760-7112
        Fax:  (703) 760-7777
        Email:  JTrocki@mofo.com

        Michael J. Agoglia
        Alexandria A. Amezcua
        MORRISON & FOERSTER LLP
        425 Market Street
        San Francisco, CA  94105
        Telephone:  (415) 268-7000
        Fax:  (415) 268-7522
        Email:  MAgoglia@mofo.com
        Email:  AAmezcua@mofo.com

        *Attorneys for Defendant*
        Bank of America, N.A.

2952874

**Certificate of Service**

       I hereby certify that on February 3, 2011, I electronically filed the foregoing **BANK OF AMERICA, N.A.'S JOINDER IN MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Timothy E. Cupp, Esq.
Cupp & Cupp, P.C.
1951 Evelyn Byrd Avenue, Suite D
P.O. Box 589
Harrisonburg, VA  22801

Matthew J. Erausquin, Esq.
Consumer Litigation Associates, P.C.
3615-H Chain Bridge Road
Fairfax, VA  22030

Ian B. Lyngklip, Esq.
24500 Northwestern Highway, Ste. 206
Southfield, MI  48075

Leonard A. Bennett, Esq.
Consumer Litigation Associates, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, VA  23606

                                                    s/ Alexandria A. Amezcua
                                                    Alexandria A. Amezcua
                                                    MORRISON & FOERSTER LLP
                                                    425 Market Street
                                                    San Francisco, CA  94105
                                                    Telephone:  (415) 268-7000
                                                    Facsimile:  (415) 268-7522
                                                    Email: AAmezcua@mofo.com

                                                    Attorney for Defendant
                                                    Bank of America, N.A.