CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

FEB 09 2011

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

February 8, 2011

Clerk of the Court  Via Facsimile 540-434-3319 and Federal Express
United States District Court
116 N. Main Street, Room 314
Harrisonburg, Virginia 22802

Dear Gentleman:

    I am writing to object to the proposed settlement in *"Domonoske v. Bank of America, N.A."*, Case No. 5:08CV00066. I object to the settlement because there needs to be a subclass for class members, like my husband and me, that took out Home Equity Loans and did not receive their credit report until closing, 30, 60, or 90 days after Bank of America received the credit report. That delay has to be intentional and not negligent. Also, the attorney's fee is too large of a percentage of the classes total recovery.

                                   Respectfully,

                                   Dawn Hawley
                                   1312 NE 19th Place
                                   Gainesville, FL 32609

cc    Ian B. Lyngklip, Esq.                Leonard A. Bennett, Esq.
      Lyngklip & Associates              Consumer Litigation Associates, P.C.
      Consumer Law Center              12515 Warwick Blvd., Suite 100
      24500 Northwestern Hwy.          Newport News, Virginia 23606
      Suite 206                                Fax: 757-930-3662
      Southfield, Michigan 48075         e-mail: lenbennett@cox.net
      Fax: 248-208-9073
      e-mail: IanLyngklip@att.net

      Michael J. Agoglia, Esq.
      Morrison & Foerster LLP
      425 Market Street
      San Francisco, California 94105
      Fax: 415-268-7522
      e-mail: magoglia@mofo.com

February 8, 2011

Clerk of the Court                              Via Federal Express
United States District Court
116 N. Main Street, Room 314
Harrisonburg, Virginia 22802

Dear Gentleman:

    I have served the following attorneys via facsimile, email, and overnight Federal Express on February 8, 2011:

| | |
|---|---|
| Ian B. Lyngklip, Esq. | Leonard A. Bennett, Esq. |
| Lyngklip & Associates | Consumer Litigation Associates, P.C. |
| Consumer Law Center | 12515 Warwick Blvd., Suite 100 |
| 24500 Northwestern Hwy. | Newport News, Virginia 23606 |
| Suite 206 | Fax: 757-930-3662 |
| Southfield, Michigan 48075 | e-mail: lenbennett@cox.net |
| Fax: 248-208-9073 | |
| e-mail: IanLyngklip@att.net | |

Michael J. Agoglia, Esq.
Morrison & Foerster LLP
425 Market Street
San Francisco, California 94105
Fax: 415-268-7522
e-mail: magoglia@mofo.com

                                                      Respectfully,

*[signature]*

Dawn Hawley
1312 NE 19th Place
Gainesville, FL 32609