# LAW OFFICES OF DARRELL PALMER

PHOENIX OFFICE

67 E. WELDON AVE, STE. 110
PHOENIX, AZ 85012-2043

603 North Highway 101 Ste A ♦ SOLANA BEACH ♦ CALIFORNIA 92075
VOICE 858.792.5600 ♦ FAX 858.792.5655
darrell.palmer@palmerlegalteam.com
Licensed to practice law in California, Arizona & Colorado

SAN MATEO OFFICE

120 NORTH EL CAMINO REAL
SAN MATEO, CA 94401

February 9, 2011

**SENT VIA ELECTRONIC MAIL**
**& U.S. MAIL**

**CLASS COUNSEL**

Ian B. Lyngklip
Lyngklip & Associates
Consumer Law Center
24500 Northwestern Hwy., Ste. 206
Southfield, MI 48075
Phone: (248) 208-8864
Fax: (248) 208-9073
Email: IanLyngklip@att.net

Leonard A. Bennett
Consumer Litigation Associates, PC
12515 Warwick Blvd., Ste. 100
Newport News, VA 23606
Phone: (757) 930-3660
Fax: (757) 930-3662
Email: lenbennett@cox.net

**DEFENSE COUNSEL**

Michael J. Agoglia
Morrison & Foerster, LLP
425 Market Street
San Francisco, CA 94105
Phone: (425) 268-7000
Email: magoglia@mofo.com

    Re:    **Domonoske v. Bank of America, N.A.**
             **Case No. 5:08-cv-000666**
             **Our Client: Objector, James M. Vallee**

Gentlemen:

      This office represents James M. Vallee. Please direct all future communications regarding this matter to my attention. We will be filing a notice of appearance before the fairness hearing.

                                      Sincerely,

                                      Darrell Palmer, LL.M

DP/mvc