

# The State Bar of California

Thursday, March 17, 2011                                                                                             State Bar Home

Home > Attorney Search > Attorney Profile

## ATTORNEY SEARCH

### James Michael Vallee - #97927

**Current Status: Active**

This member is active and may practice law in California.

See below for more details.

### Profile Information

| | | | |
|---|---|---|---|
| **Bar Number** | 97927 | | |
| **Address** | 603 N Hwy 101 Ste G<br>Solana Beach, CA 92075 | **Phone Number** | (858) 755-6477 |
| | | **Fax Number** | (858) 755-0785 |
| | | **e-mail** | dudelaw@sbcglobal.net |
| **District** | District 9 | **Undergraduate School** | Univ of California Santa Barbara; CA |
| **County** | San Diego | **Law School** | Univ of San Diego SOL; San Diego CA |
| **Sections** | None | | |

### Status History

| Effective Date | Status Change |
|---|---|
| *Present* | Active |
| 5/29/1981 | Admitted to The State Bar of California |

Explanation of member status

### Actions Affecting Eligibility to Practice Law

#### Disciplinary and Related Actions
This member has no public record of discipline.

#### Administrative Actions
This member has no public record of administrative actions.

Start New Search >

Contact Us    Site Map    Privacy Policy    Notices    © 2011 The State Bar of California