ATTN:     **Ian B. Lyngklip, Consumer Law Center, PLC**

           **Leonard A. Bennett, Consumer Litigation Associates P.C.**

           **Michael J. Agoglia, Morrison & Foerster LLP**

           **U.S. District Court, Western District of Virginia**

DATE:     Wednesday – March 30, 2011

SUBJECT:  Thomas Domonoske v. Bank of America, N.A. No. 5:08CV00066

CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

**MAR 3 0 2011**

JULIA C. DUDLEY, CLERK
BY: _K. Bouseuman_
DEPUTY CLERK

I am sending this correspondence as a supplement to the formal written letter of Objection To The Settlement (sent previously on February 7, 2011) that has been proposed for this lawsuit.

My signature on this letter and the printed Transmission Verification Report to each of the fax numbers serves as my Statement with the Court of delivered copies to Class Counsel and Defense Counsel.

The attached spreadsheet is titled Bank of America Credit Score Settlement Chronology of Aliberti 2011 Written Correspondence (*).  From the dozens of written correspondence shown on the list, I am also sending eight (8) specific email messages as bolded for more details (notwithstanding the dozens of phone calls and voice messages with Ian B. Lyngklip, Class Counsel, for which I want him and the Court to know my thanks).

The Court needs to know how much effort has been expended by me as class member to obtain the credit score detail already in possession of the **Bank of America ACAPS computer system required by law – but why the Bank and/or its counsel still failed to provide such information reasonably and timely.**

The Bank's attorney has known my proper name, address, phone number, and PIN Number since the written request to Lyngklip on January 4, 2011 (6:23 PM EST) and forwarded of the same date (8:17 PM EST).

Yet, the February 7, 2011 (7:51 PM EST) email more than a month later states, "The Bank is running this to ground to make sure we have the right borrower...."  The February 22, 2001 (7:38 PM EST) email states "We have confirmed that the Bank has....the credit score....and are happy to provide him the score on record." to which the February 26, 2011 emails direct Amezcua to send me with her reply "WILL DO." [EMPHASIS ADDED].

<u>**However, the information was never sent for more than another month later until March 29, 2011**</u> (and only with my warning that I would contact to the Court before the March 31, 2011 Fairness Hearing). The Court should be very concerned with both the Bank/its counsel's conduct to delay/obstruct in providing the score and the unacceptable timeframe in which such information was finally sent – given the pending proceeding.

After my significant and repeated efforts (all of which had been previously denied/refused by the Bank) to obtain my credit score detail before any knowledge of the lawsuit/Settlement proposal and the receipt of the Legal Notice, <u>I am even more strongly opposed to the Class benefit(s) as being insufficient and unsubstantial given the unchanged/continued conduct of the Bank and/or its counsel to withhold such information to me.</u>

Please call me at your convenience with any comments or questions about this information. Best Regards,

*Michael A. Aliberti*

Michael A. Aliberti (1807 NE 18th Street – Fort Lauderdale, FL 33305-3401 / 954-566-7344)

## BANK OF AMERICA CREDIT SCORE SETTLEMENT CHRONOLOGY OF ALIBERTI 2011 WRITTEN CORRESPONDENCE (*)

| Date of Item: | FROM: | TO: | Time: (*) | Content Description: |
|---|---|---|---|---|
| March 29 | IAN | MIKE | 1:55 PM | Forwarding PDF attachment of letter by Amezcua stating credit score of 720 |
| March 29 | AMEZCUA | IAN | 1:45 PM | Response to Agoglia message apologizing for delay by the Bank to send the score |
| March 29 | AMEZCUA | MIKE | n/a | Letter for credit score attached as PDF to above email and being sent by U.S. Mail |
| March 29 | IAN | MIKE | 10:22 AM | Forwarding of emails with Agoglia previously sent |
| March 29 | IAN | MIKE | 10:20 AM | Forwarding of February 7, 2011 emails to and from Amezcua |
| March 29 | IAN | AGOGLIA | 10:19 AM | Another request for score from Bank's failure to send but provide directly to Ian |
| March 17 | MIKE | IAN | 5:12 PM | Thanks for taking call; why Bank failed to send credit score; request for emails |
| March 17 | IAN | MIKE | 7:29 PM | Forwarding of emails to and from Amezcua that credit score would be sent |
| February 26 | AMEZCUA | IAN | 12:56 PM | Simple reply stating verbatim "WILL DO. THANKS, IAN." [EMPHASIS ADDED] |
| February 26 | IAN | AMEZCUA | 7:54 AM | **Response to Amezcua to send the score directly to Aliberti** |
| February 26 | AMEZCUA | IAN | 7:38 PM | **Reply for Bank not retaining copies of notice but has credit score that was used** |
| February 22 | MIKE | IAN | 3:50 PM | **Thanks for forwarding prior emails and another written request for credit score** |
| February 22 | AMEZCUA | IAN | 7:51 PM | **Reply to message stating verbatim "....to make sure we have the right borrower"** |
| February 7 | AMEZCUA | IAN | 2:11 PM | **Prior message to Agoglia for class member credit score or contact to direct for it** |
| February 7 | IAN | AMEZCUA | 8:30 AM | **Forwarding of emails to Bank of America Counsel Agoglia** |
| February 7 | IAN | COURT | 5:00-5:06 PM | 4 separate faxes sent to Court and counsel as written Objection To The Settlement |
| February 7 | MIKE | IAN | 6:29 PM | Thanks for taking call; asking about score request; reminder to forward emails |
| February 4 | MIKE | IAN | 10:01 AM | Request again "....received another call...any luck on getting his score notice?" |
| February 2 | IAN | AGOGLIA | 5:17 PM | Thanks for taking call; asking about score request; reminder to forward emails |
| January 31 | MIKE | IAN | 7:08 PM | Simple response verbatim "Thanks, Ian" |
| January 6 | AGOGLIA | IAN | 6:26 PM | **Reply to initial email verbatim "We're checking on this."** |
| January 6 | IAN | AGOGLIA | 8:17 PM | **Initial request to obtain original score notice or score itself as Class Member** |
| January 4 | MIKE | IAN | 6:23 PM | Documenting phone call from Settlement mailing and initial written request |

The eight (8) items are bolded in the above list are copied and pasted in the attached two pages to read the specific text for more details.

(*) All correspondence is via email unless otherwise stated in the "Content Description" while the "Time:" is Eastern Standard Time.

AGOGLIA represents Bank of America defense counsel Michael J. Agoglia

AMEZCUA represents Alexandria A. Amezcua from Morrison & Foerster LLP

COURT represents the U.S. District Court, Western District of Virginia

IAN represents Ian Lyngklip, Lyngklip & Associates, Consumer Law Center, PLC, Class Counsel

MIKE represents Michael A. Aliberti, Class Member with PIN Number 30582838

**From:** Amezcua, Alexis A. [mailto:AAmezcua@mofo.com]
**Sent:** Saturday, February 26, 2011 12:56 PM
**To:** Ian Lyngklip
**Cc:** Agoglia, Michael J.
**Subject:** Re: Mike Alibert

Will do. Thanks, Ian.

**From:** Ian Lyngklip <IanLyngklip@Att.Net>
**To:** Amezcua, Alexis A.
**Sent:** Sat Feb 26 07:54:01 2011
**Subject:** RE: Mike Alibert

Alexis,

I spoke to Mr. Aliberti, he would like you to send the score directly to him.  Thanks.

Ian

**From:** Amezcua, Alexis A. [mailto:AAmezcua@mofo.com]
**Sent:** Tuesday, February 22, 2011 7:38 PM
**To:** Ian Lyngklip
**Cc:** Agoglia, Michael J.; Amezcua, Alexis A.
**Subject:** RE: Mike Alibert

Ian:

At the time of Mr. Aliberti's application, the Bank did not retain copies of the actual credit score notice sent to applicants.
We have confirmed that the Bank has a record of the credit score used at the time of Mr. Aliberti's loan application,
however, and are happy to provide him the score on record.  Let us know if that should go through you or otherwise.

Thanks,
Alexis

Alexandria A. Amezcua
Morrison & Foerster LLP
425 Market Street | San Francisco, California 94105
415.268.6557 | AAmezcua@mofo.com

**From:** mike aliberti <i.am_mike@yahoo.com>
**Subject:** Domonoske case
**To:** IanLyngklip@Att.Net
**Date:** Tuesday, February 22, 2011, 3:50 PM

Good Day,
Thank you very much for sending me the email messages that you previously sent and received to/from the Bank's
defense counsel, the first of which was from January 4, 2011.

As I mentioned in my voice message left this morning, I am sending this email to confirm yet another written request
for the details/documentation from Bank of America regarding the credit scoring and/or actual credit score utilized for any
of my loans related to this case.  I would hate to think that the Bank and/or its attorney are purposely delaying to provide
this information apparently available from the "ACAPS" computer system, since I submitted my written Objection To The
Settlement on February 7, 2011.

Please call me at (954) 566-7344 at your convenience with any comments or questions about this request.
Best Regards,
Michael A. Aliberti
PIN Number: 30582838
1807 NE 18th Street
Fort Lauderdale, FL  33305-3401.

**From:** Amezcua, Alexis A. [mailto:AAmezcua@mofo.com]
**Sent:** Monday, February 07, 2011 10:51 PM
**To:** Ian Lyngklip
**Cc:** Agoglia, Michael J.
**Subject:** RE: Mike Alibert

Ian:

The Bank is running this to ground to make sure we have the right borrower and credit score.  We'll keep you updated as we hear more from them.

Thanks, Alexis

**Alexandria A. Amezcua**
**Morrison & Foerster LLP**
425 Market Street | San Francisco, California 94105
415.268.6557 | AAmezcua@mofo.com

**From:** Ian Lyngklip [mailto:IanLyngklip@Att.Net]
**Sent:** Monday, February 07, 2011 2:11 PM
**To:** Amezcua, Alexis A.
**Cc:** Agoglia, Michael J.
**Subject:** Mike Alibert

Alexis,

I wrote to Michael about one of the class members who contacted me for his credit score.  The class member's name is Michael Aliberti.  He has called me for the third time this week and I would like to let him know if BofA can provide him with a copy of the credit score notice it sent him.  I would greatly appreciate it if you could either get the information or a contact to whom I can direct Mr. Aliberti.

Thanks much.

Ian B. Lyngklip
(248) 208-8864
IanLyngklip@ATT.Net
Lyngklip & Associates
Consumer Law Center, PLC
24500 Northwestern Highway, Ste. 206
Southfield, MI 48075

**From:** Agoglia, Michael J. [mailto:MAgoglia@mofo.com]
**Sent:** Thursday, January 06, 2011 6:26 PM
**To:** Ian Lyngklip
**Subject:** RE: Domonoske case

We're checking on this.

**From:** Ian Lyngklip [mailto:Ianlyngklip@att.net]
**Sent:** January 04, 2011 8:17 PM
**To:** Agoglia, Michael J.
**Subject:** FW: Domonoske case

Michael, this class member was wondering whether it would be possible to obtain either a copy of his original score notice or the score itself.  Please let me know.  Thanks.

Ian Lyngklip
Lyngklip & Associates
Consumer Law Center, PLC
24500 Northwestern Highway, Ste. 206
Southfield, MI 48075
(248) 208-8864
IanLyngklip@Att.Net

TRANSMISSION VERIFICATION REPORT

```
                                    TIME   : 03/29/2011 07:48
                                    NAME   : FUSION
                                    FAX    : 9546301655
                                    TEL    : 9546301655
                                    SER.#  : 000K5J785977
```

```
DATE,TIME            03/29  07:46
FAX NO./NAME         12482089073
DURATION             00:01:03
PAGE(S)              04
RESULT               OK
MODE                 STANDARD
                     ECM
```

| ATTN: | Ian B. Lyngklip, Consumer Law Center, PLC | FAX: | 248-208-9073 |
|---|---|---|---|
| | Leonard A. Bennett, Consumer Litigation Associates P.C. | FAX: | 757-930-3662 |
| | Michael J. Agoglia, Morrison & Foerster LLP | FAX: | 415-268-7522 |
| | U.S. District Court, Western District of Virginia | FAX: | 540-434-3319 |

DATE:    Wednesday – March 30, 2011                    THREE (3) PAGES TO FOLLOW

SUBJECT:    Thomas Domonoske v. Bank of America, N.A. No. 5:08CV00066

I am sending this correspondence as a supplement to the formal written letter of Objection To The Settlement (sent previously on February 7, 2011) that has been proposed for this lawsuit.

My signature on this letter and the printed Transmission Verification Report to each of the fax numbers serves as my Statement with the Court of delivered copies to Class Counsel and Defense Counsel.

The attached spreadsheet is titled Bank of America Credit Score Settlement Chronology of Aliberti 2011 Written Correspondence (*). From the dozens of written correspondence shown on the list, I am also sending eight (8) specific email messages as bolded for more details (notwithstanding the dozens of phone calls and voice messages with Ian B. Lyngklip, Class Counsel, for which I want him and the Court to know my thanks).

The Court needs to know how much effort has been expended by me as class member to obtain the credit score detail already in possession of the **Bank of America ACAPS computer system required by law** – but why **the Bank and/or its counsel still failed to provide such information reasonably and timely.**

The Bank's attorney has known my proper name, address, phone number, and PIN Number since the written request to Lyngklip on January 4, 2011 (6:23 PM EST) and forwarded of the same date (8:17 PM EST).

Yet, the February 7, 2011 (7:51 PM EST) email more than a month later states, "The Bank is running this to ground to make sure we have the right borrower...." The February 22, 2001 (7:38 PM EST) email states "We ___ ___ ___ ___ ___ Bank has ___ the credit score ___ and are happy to provide him the score on record." to

TRANSMISSION VERIFICATION REPORT

```
                              TIME  : 03/29/2011 07:53
                              NAME  : FUSION
                              FAX   : 9546301655
                              TEL   : 9546301655
                              SER.# : 000K5J785977
```

```
DATE,TIME                 03/29  07:52
FAX NO./NAME              14152687522
DURATION                  00:01:30
PAGE(S)                   04
RESULT                    OK
MODE                      STANDARD
                          ECM
```

| ATTN: | Ian B. Lyngklip, Consumer Law Center, PLC | FAX: | 248-208-9073 |
|---|---|---|---|
| | Leonard A. Bennett, Consumer Litigation Associates P.C. | FAX: | 757-930-3662 |
| | Michael J. Agoglia, Morrison & Foerster LLP | FAX: | 415-268-7522 |
| | U.S. District Court, Western District of Virginia | FAX: | 540-434-3319 |

DATE:      Wednesday – March 30, 2011          **THREE (3) PAGES TO FOLLOW**

SUBJECT:   Thomas Domonoske v. Bank of America, N.A. No. 5:08CV00066

I am sending this correspondence as a supplement to the formal written letter of Objection To The Settlement (sent previously on February 7, 2011) that has been proposed for this lawsuit.

My signature on this letter and the printed Transmission Verification Report to each of the fax numbers serves as my Statement with the Court of delivered copies to Class Counsel and Defense Counsel.

The attached spreadsheet is titled Bank of America Credit Score Settlement Chronology of Aliberti 2011 Written Correspondence (*).  From the dozens of written correspondence shown on the list, I am also sending eight (8) specific email messages as bolded for more details (notwithstanding the dozens of phone calls and voice messages with Ian B. Lyngklip, Class Counsel, for which I want him and the Court to know my thanks).

The Court needs to know how much effort has been expended by me as class member to obtain the credit score detail already in possession of the **Bank of America ACAPS computer system required by law – but why the Bank and/or its counsel still failed to provide such information reasonably and timely.**

The Bank's attorney has known my proper name, address, phone number, and PIN Number since the written request to Lyngklip on January 4, 2011 (6:23 PM EST) and forwarded of the same date (8:17 PM EST).

Yet, the February 7, 2011 (7:51 PM EST) email more than a month later states, "The Bank is running this to ground to make sure we have the right borrower...." The February 22, 2001 (7:38 PM **EST**) email states "We _____ _____ __ ___ Bank has _ the credit score_ and are happy to provide him the score on record." to

```
                TRANSMISSION VERIFICATION REPORT

                                    TIME  : 03/29/2011 07:51
                                    NAME  : FUSION
                                    FAX   : 9546301655
                                    TEL   : 9546301655
                                    SER.# : 000K5J705977

  DATE,TIME                  03/29  07:50
  FAX NO./NAME               17579303662
  DURATION                   00:01:01
  PAGE(S)                    04
  RESULT                     OK
  MODE                       STANDARD
                             ECM
```

| ATTN: | Ian B. Lyngklip, Consumer Law Center, PLC | FAX: | 248-208-9073 |
|-------|-------------------------------------------|------|--------------|
|       | Leonard A. Bennett, Consumer Litigation Associates P.C. | FAX: | 757-930-3662 |
|       | Michael J. Agoglia, Morrison & Foerster LLP | FAX: | 415-268-7522 |
|       | U.S. District Court, Western District of Virginia | FAX: | 540-434-3319 |

DATE:      Wednesday – March 30, 2011          THREE (3) PAGES TO FOLLOW

SUBJECT:   Thomas Domonoske v. Bank of America, N.A. No. 5:08CV00066

I am sending this correspondence as a supplement to the formal written letter of Objection To The Settlement (sent previously on February 7, 2011) that has been proposed for this lawsuit.

My signature on this letter and the printed Transmission Verification Report to each of the fax numbers serves as my Statement with the Court of delivered copies to Class Counsel and Defense Counsel.

The attached spreadsheet is titled Bank of America Credit Score Settlement Chronology of Aliberti 2011 Written Correspondence (*). From the dozens of written correspondence shown on the list, I am also sending eight (8) specific email messages as bolded for more details (notwithstanding the dozens of phone calls and voice messages with Ian B. Lyngklip, Class Counsel, for which I want him and the Court to know my thanks).

The Court needs to know how much effort has been expended by me as class member to obtain the credit score detail already in possession of the **Bank of America ACAPS computer system required by law** – but why the Bank and/or its counsel still failed to provide such information reasonably and timely.

The Bank's attorney has known my proper name, address, phone number, and PIN Number since the written request to Lyngklip on January 4, 2011 (6:23 PM EST) and forwarded of the same date (8:17 PM EST).

Yet, the February 7, 2011 (7:51 PM EST) email more than a month later states, "The Bank is running this to ground to make sure we have the right borrower...." The February 22, 2001 (7:38 PM EST) email states "We have confirmed that the Bank has ... the credit score ... and are happy to provide him the score on record." to