IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

Thomas D. Domonoske

-vs-

Bank of America

Action No.: 5:08cv00066

Date: 3/31/11

Judge: Wilson

Court Reporter: Sonia Ferris, OCR

## LIST OF WITNESSES

Attorney

Michael Agoglia, Roy Decker, & Alexandria Amezcua

Attorney

Ian Lyngklip, Leonard Bennett, Tim Cupp

PLAINTIFF/GOVERNMENT:

1. _____
2. _____
3. _____
4. _____

DEFENDANT:

1. _____
2. _____
3. _____
4. _____

PROCEEDINGS:

Plaintiff counsel presents argument.
Defense counsel presents argument.

Court states that he believes that the settlement is fair and adequate and he intends to approve it. He asks that the parties submit an up to date report showing all expenses within a week.

Court will take matters under advisement until he reviews all the documents, will issue a Judgment Order at that time.

Time in Court: 11:00-12:25, Total:1 hour 25 minutes