IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

| | |
|---|---|
| THOMAS D. DOMONOSKE, individually and on behalf of all those similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA, N.A., a national banking association,<br><br>        Defendant. | Civil Action No. 5:08-cv-00066 |
| VICTOR RIVERA, individually and on behalf of all those similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA, N.A., a national banking association,<br><br>        Defendant. | Civil Action No. 5:09-cv-00080 |

## OBJECTIONS RECEIVED BY THE PARTIES

Pursuant to representations made to the Court on March 31, 2011, at the hearing for Final Approval of the Class Action Settlement, Chase Home Finance, LLC ("Chase") hereby files with the Court the eleven notices of objection received by counsel for Chase and/or the settlement administrator, Rust Consulting, which were not filed with the Court. In accordance with the Preliminary Approval Order and Class Notice, these objections were required to be provided to the Court. *See* Order at ¶ 12; Class Notice at ¶ 14. By submitting them, Chase does not intend to waive any rights to challenge the validity of these objections.

| No. | Name | Objection Postmarked | Received by | Exhibit Number |
|---|---|---|---|---|
| 1. | Aliberti, Michael A. | 02/07/11 | Counsel for the parties | A |
| 2. | Bradley, Thomas Lee | 12/28/10 | Counsel for the parties | B |
| 3. | Gibson, James L. | 01/05/11 | Counsel for the parties | C |
| 4. | Halabi, Joseph | 02/05/11 | Counsel for the parties | D |
| 5. | Lindy, Sharon | 01/09/11 | Counsel for the parties | E |
| 6. | Mardon, Kent L. | 12/29/10 | Counsel for the parties | F |
| 7. | Phillips, Everett | 02/02/11 | Counsel for the parties | G |
| 8. | Neil P. McPhee | 02/07/11 | Settlement administrator | H |
| 9. | Schlacks, David V. | 01/11/11 | Counsel for the parties | I |
| 10. | Smith, Elbridge W. | 01/14/11 | Counsel for the parties | J |
| 11. | Toye, Kevin R. | 02/03/11 | Counsel for the parties | K |

April 7, 2011                                           Respectfully Submitted,

By:  s/ Michael J. Agoglia
Michael J. Agoglia
Alexandria A. Amezcua
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522
Email:  MAgoglia@mofo.com
Email:  AAmezcua@mofo.com

John A. Trocki III
Virginia Bar No.: 38656
MORRISON & FOERSTER LLP
1650 Tysons Boulevard, Suite 400
McLean, VA 21102
Telephone:  (703) 760-7112
Facsimile:  (703) 760-7777
Email: JTrocki@mofo.com

                    R. Grant Decker
Virginia State Bar No. 20618
MILES & STOCKBRIDGE, P.C.
1751 Pinnacle Drive, Suite 500
McLean, VA  22102
Telephone:  (703) 903-9000
Facsimile:  (703) 610-8686
Email:  gdecker@milesstockbridge.com

**Certificate of Service**

I hereby certify that on April 7, 2011, I served the foregoing Objections Received by the Parties with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following:

Timothy E. Cupp, Esq.
Cupp & Cupp, P.C.
1951 Evelyn Byrd Avenue, Suite D
P.O. Box 589
Harrisonburg, Virginia   22803

Ian B. Lyngklip, Esq.
24500 Northwestern Highway, Ste. 206
Southfield, MI   48075

Leonard A. Bennett, Esq.
Consumer Litigation Associates, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, Virginia  23606

                                        s/ Michael J. Agoglia
                                        Michael J. Agoglia
                                        MORRISON & FOERSTER LLP
                                        425 Market Street
                                        San Francisco, CA   94105
                                        Telephone:  (415) 268-6557
                                        Fax:  (415) 268-7522