CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

JUL 14 2011

JULIA C. DUDLEY, CLERK
BY: /s/ K. Botkin
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

| | |
|---|---|
| THOMAS D. DOMONOSKE, Individually and on behalf of all others similarly situated, </br></br>Plaintiff, </br></br>vs. </br></br>BANK OF AMERICA, N.A., a national banking Association, </br></br>Defendant. | Case No.: 5:08-cv-00066 </br></br> **NOTICE OF APPEAL** |

Notice is hereby given that James M. Vallee, Objector, in the above-named case hereby appeals to the United States Court of Appeals for the Fourth Circuit from the final order (Memorandum Opinion) entered in this action on June 14, 2011 (Docket No. 155).

Dated: July 13, 2011

By: /s/ James M. Vallee
James M. Vallee

James M. Vallee (Pro Se)
603 N. Highway 101, Suite G
Solana Beach, CA 92075
(858) 755-6477

## SERVICE LIST

**COURT**
Clerk of the Court
United States District Court
116 N. Main Street, Room 314
Harrisonburg, VA 22802

**CLASS COUNSEL**
Ian B. Lyngklip
Lyngklip & Associates
Consumer Law Center
24500 Northwestern Hwy., Ste. 206
Southfield, MI 48075
Phone: (248) 208-8864
Fax: (248) 208-9073
Email: IanLyngklip@att.net

Leonard A. Bennett
Consumer Litigation Associates, PC
12515 Warwick Blvd., Ste. 100
Newport News, VA 23606
Phone: (757) 930-3660
Fax: (757) 930-3662
Email: lenbennett@cox.net

**DEFENSE COUNSEL**
Michael J. Agoglia
Morrison & Foerster, LLP
425 Market Street
San Francisco, CA 94105
Phone: (425) 268-7000
Fax:
Email: magoglia@mofo.com

| | |
|---|---|
| 1 | **Domonoske v. Bank of America, N.A.**<br>**Case No. 5:08-cv-000666** |
| 2 | |
| 3 | **DECLARATION OF SERVICE** |
| 4 | **STATE OF CALIFORNIA, COUNTY OF SAN DIEGO** |
| 5 | I, Maria V. Carapia, declare that I am over the age of eighteen (18) and I am not a party to this action. On July 13, 2011, I caused to be served the following: |
| 6 | |
| 7 | **Notice of Appeal** |
| 8 | on the interested parties: |
| 9 | **SEE ATTACHED SERVICE LIST** |
| 10 | |
| 11 | by placing a copy in an envelope, for delivery via overnight mail, to the addressees named on the attached Service List on the above indicated day. |
| 12 | |
| 13 | I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on July 13, 2011, at Solana Beach, California. |
| 14 | |
| 15 | |
| 16 | Maria V. Carapia |

DECLARATION OF SERVICE